SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
LARRY DUNN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN,<br><br>Plaintiff,<br><br>vs.<br><br>STAHL + BAND; ROGER E. WEBSTER, AS TRUSTEE OF THE ROGER AND JEAN-MARIE WEBSTER TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-00634 SPG (AJRx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff LARRY DUNN ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  April 22, 2024          **SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　 */s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　Attorney for Plaintiff